# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| Erika Covarrubias,<br><br>       Plaintiff,<br><br>  v.<br><br>TransUnion, LLC; Freedom Mortgage Corporation, Flagstar Bank, FSB; Bank of America, N.A<br><br>       Defendants. | Case No.: 2:19-cv-00549-MCE-AC<br><br>Hon. District Judge Morrison C. England, Jr.<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br><u>Current Response Date</u>: July 1, 2019<br><br><u>New Response Date</u>:  August 5, 2019<br><br>Action Filed: March 28, 2019<br>Trial Date: N/A |

    The Court having considered the *Stipulation to Extend Time to Respond to First Amended Complaint* (the "<u>Stipulation</u>") entered into by and between *plaintiff* Erika Covarrubias ("<u>Plaintiff</u>") and *defendant* Flagstar Bank, FSB and good cause appearing therefor,

    **IT IS ORDERED** that the Stipulation is **APPROVED**.

/././

**IT IS FURTHER ORDERED** that Defendant shall have until August 5, 2019, to file and serve its response to Plaintiff's First Amended Complaint in this action.

**IT IS SO ORDERED.**

**Dated: July 18, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE