Scott E. Brady, Esq. (IN #30534-49)
  (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  sbrady@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*
(Designated for Service)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| ERIKA COVARRUBIAS,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; FREEDOM MORTGAGE CORPORATION; FLAGSTAR BANK, FSB; and BANK OF AMERICA, N.A.;<br>　　　　Defendants. | CASE NO. 2:19-cv-00549-MCE-AC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Erika Covarrubias, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:19-cv-00549-MCE-AC**

Respectfully submitted,

Date: September 12, 2019 　　　　/s/ Joseph B. Angelo (as authorized on 9/12/19)
　　　　　　　　　　　　　　　Joseph B. Angelo, Esq.
　　　　　　　　　　　　　　　Scott M. Johnson, Esq.
　　　　　　　　　　　　　　　Gale, Angelo, Johnson, & Pruett, P.C.
　　　　　　　　　　　　　　　1430 Blue Oaks Boulevard, Suite 250
　　　　　　　　　　　　　　　Roseville, CA  95747
　　　　　　　　　　　　　　　Telephone:  (916) 290-7778
　　　　　　　　　　　　　　　Fax:  (916) 721-2767
　　　　　　　　　　　　　　　E-Mail:  jangelo@gajplaw.com
　　　　　　　　　　　　　　　　　　　　sjohnson@gajplaw.com

　　　　　　　　　　　　　　　*Counsel for Plaintiff Erika Covarrubias*

Date: September 12, 2019 　　　　*/s/ Scott E. Brady*
　　　　　　　　　　　　　　　Scott E. Brady, Esq.  (IN #30534-49)
　　　　　　　　　　　　　　　　(admitted Pro Hac Vice)
　　　　　　　　　　　　　　　Schuckit & Associates, P.C.
　　　　　　　　　　　　　　　4545 Northwestern Drive
　　　　　　　　　　　　　　　Zionsville, IN  46077
　　　　　　　　　　　　　　　Telephone: 317-363-2400
　　　　　　　　　　　　　　　Fax:  317-363-2257
　　　　　　　　　　　　　　　E-Mail:  sbrady@schuckitlaw.com

　　　　　　　　　　　　　　　*Lead Counsel for Defendant Trans Union, LLC*

　　　　　　　　　　　　　　　Eileen T. Booth, Esq. (CSB #182974)
　　　　　　　　　　　　　　　Jacobsen & McElroy PC
　　　　　　　　　　　　　　　2401 American River Drive, Suite 100
　　　　　　　　　　　　　　　Sacramento, CA  95825
　　　　　　　　　　　　　　　Telephone:  916-971-4100
　　　　　　　　　　　　　　　Fax:  916-971-4150
　　　　　　　　　　　　　　　E-Mail:   ebooth@jacobsenmcelroy.com

　　　　　　　　　　　　　　　*Local Counsel for Defendant Trans Union, LLC*

**ORDER**

In accordance with the foregoing stipulation, and good cause appearing, all claims of Plaintiff Erika Covarrubias against Defendant Trans Union, LLC, only, are hereby dismissed, with prejudice. Plaintiff Erika Covarrubias and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 15, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE